NUMBER 13-07-00521-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

RUBEN ESQUEDA, APPELLANT,


v.



KATHY JO ESQUEDA, APPELLEE. 

_____________________________________________________________


On Appeal from the 343rd District Court 


of Live Oak County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Vela


Memorandum Opinion Per Curiam


 Appellant's brief in the above cause was due on December 17, 2007. On February
6, 2008, the Court notified appellant, who is proceeding pro se, that the appeal was subject
to dismissal for want of prosecution unless, within ten days, appellant reasonably explained
his failure to file the brief and the appellee was not significantly injured by his failure to
timely file the brief. See Tex. R. App. P. 38.8(a)(1), 42.3(b),(c). Appellant's response, filed
with this Court on February 15, 2008, fails to provide a reasonable explanation for his
failure to file the brief and further fails to request an extension of time for said filing. 
Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. See id.



 PER CURIAM



Memorandum Opinion Per Curiam delivered 

and filed this the 13th day of March, 2008.